United States District Court
District of Massachusetts

| | |
|---|---|
| Jose Manuel Hernandez Gomez, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 25-11987-NMG |
| Joseph D. MacDonald, Jr., et al., ) | |
| ) | |
| Respondents. ) | |

MEMORANDUM & ORDER

GORTON, J.

Petitioner, Jose Hernandez Gomez ("petitioner"), has filed a petition for habeas corpus alleging that he is unlawfully detained by Immigration and Customs Enforcement ("ICE"). Respondents, Patricia Hyde, New England Field Office Director for ICE, Kristi Noem, the Secretary of Homeland Security, and others (collectively, "respondents") oppose that petition. For the reasons set forth below, the petition will be denied.

Petitioner is an illegal alien who was detained by ICE on July 6, 2025, and is currently being held in Plymouth County Correctional Facility in Plymouth, Massachusetts. Petitioner alleges that ICE now seeks to transfer him to a different detention facility outside of Massachusetts. On July 12, 2025, petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2241 requesting that this Court order ICE not to transfer him out of state. According to petitioner, his

transfer outside of Massachusetts, where his attorney and family reside, would deprive him of a fair hearing by restricting access to his attorney and his ability to call witnesses on his behalf.

In effect, petitioner now seeks to enjoin ICE from removing him from Massachusetts indefinitely which is beyond the scope of habeas relief. Writs of habeas corpus are traditionally used to request release from custody. Wilkinson v. Dotson, 544 U.S. 74, 78 (2005); Dep't of Homeland Sec. v. Thuraissigiam, 591 U.S. 103, 119-20 (2020). They are not appropriate vehicles to challenge the circumstances of confinement, Muhammad v. Close, 540 U.S. 749, 750 (2004), including a prisoner's location of custody, Dowey v. Maine, No. 2:15-CV-138-NT, 2015 WL 6123530, at *6 (D. Me. Oct. 16, 2015); see Vasquez v. Moniz, No. 25-11737-NMG, 2025 WL 1737216, at *3 (D. Mass. June 23, 2025) (denying §2241 habeas petition to the extent that it sought "to enjoin [an illegal alien's] transfer from Massachusetts indefinitely"). Because petitioner does not challenge the status of his confinement, only its location, his petition will be denied.

### ORDER

For the foregoing reasons, the petition for habeas corpus of petitioner, Jose Hernandez Gomez, (Docket No. 1) is **DENIED**.

So ordered.

_/s/ Nathaniel M. Gorton_
Nathaniel M. Gorton
Senior United States District Judge

Dated: July 28, 2025